NOT DESIGNATED FOR PUBLICATION

**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**

**04-1612**

**GLENN DARREN LEGER AND RAMONA LEGER ELKINS**

**VERSUS**

**OPELOUSAS GENERAL HOSPITAL, ET AL.**

**********
APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 04-C-1204-A
HONORABLE JAMES T. GENOVESE, DISTRICT JUDGE

**********
**ELIZABETH A. PICKETT**
**JUDGE**
**********

Court composed of Jimmie C. Peters, Marc T. Amy, and Elizabeth A. Pickett, Judges.

**AFFIRMED.**


Jack Patrick Harris
DeSalvo & Harris
7918 Wrenwood Blvd., Suite A
Baton Rouge, LA 70809-1772
Counsel for Plaintiffs/ Appellants:
    Glenn Darren Leger &
    Ramona Leger Elkins

James R. Shelton
Shawn A. Carter
Durio, McGoffin, Stagg & Ackermann
P. O. Box 51308
Lafayette, LA 70505-1308
Counsel for Defendant/Appellee:
    Dr. Henry McLemore, Radiologist